# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SERVFACES GMBH, a German limited liability company,

               Plaintiff,

v.

TED TRUONG, d/b/a The Truong, an individual,

               Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-1906-APG-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of plaintiff ServFaces GmbH and against defendant Ted Truong.

2/20/2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk