# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SERVFACES GMBH, a German limited liability company,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TED TRUONG, d/b/a The Truong, an individual,<br><br>　　　　　　Defendant. | **AMENDED**<br>DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:19-cv-1906-APG-DJA |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of plaintiff ServFaces GmbH and against defendant Ted Truong as follows:

a. Statutory damages in the amount of $50,000.00;
b. Attorney's fees in the amount of $9,345.00.
c. Costs pursuant to an appropriately filed Bill of Costs; and
d. Post-judgment interest on the principal sum of the judgment at the statutory rate from the date of entry of the judgment until paid in full.

| | |
|---|---|
| 2/20/2020<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ J. Callo<br>Deputy Clerk |